IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    1:22-cv-01185

SAMANTHA DAYWOOD,

    Plaintiff,

v.

LAND AIR EXPRESS, INC., *et al.*

    Defendants.

---

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to the Federal Rules of Civil Procedure 41, Plaintiff hereby requests that the above-captioned action be dismissed *without prejudice* as to all Defendants. A notice of dismissal is proper as there has been no service by the adverse parties of an answer or of a motion for summary judgment. F.R.C.P. 41(a)(i)

DATED: May 31, 2022

                                          Respectfully submitted,

                                          **COOK, BRADFORD & LEVY, LLC**

                                          */s/ Jason D. Levy*
                                          Jason D. Levy, Esq. #48571
                                          2590 Trailridge Drive East, #202
                                          Lafayette, Colorado 80026
                                          Telephone: 303-543-1000
                                          Facsimile: 303-543-8582
                                          E-mail: Jason@colegalteam.com
                                          *Attorney for Plaintiff*